**Jevon Edward BROWN, Plaintiff—Appellant,**

v.

**PATRICK, Virginia Department of Corrections Officer, C/O, employee for Unit # 27; Mr. Ragsdale, Virginia Department of Transportation, Fore-**

man, Crew Virginia; Ms. Francher, Virginia Department of Corrections, Unit # 27, Medical Care Assistant/Personnel; R. Grammer, Virginia Department of Corrections, Unit # 27, former inmate; J.H. Snodgrass; A. Harris, Defendants–Appellees.

No. 09–7157.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 23, 2009.

Jevon Edward Brown, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jevon Edward Brown appeals the district court's order denying what it construed to be a Fed.R.Civ.P. 60(b) motion for reconsideration of the district court's February 24, 2009 order dismissing Brown's 42 U.S.C. § 1983 (2006) action against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Patrick,* 1:08–cv–01345–TSE–TRJ (E.D.Va. Apr. 20, 2009). We dispense with oral argument

---

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

David Karl Danser, a federal prisoner, appeals the district court's order denying his motion to reopen his previously dismissed 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Danser v. Stansberry,* No. 2:07–cv–00271–JBF–TEM (E.D.Va. Apr. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*